The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD SHAKER ABASSI,<br><br>                              Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a corporation, and DAVID BAMFORD and JANE DOE SMITH, husband and wife<br><br>                              Defendants. | Case No. 2:19-cv-02099-RSL<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS BAMFORD AND SMITH AND TO AMEND CASE CAPTION**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 9, 2020** |

      The parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that, the Court dismiss Defendants David Bamford and Jane Doe Smith, and all claims and causes of action asserted by Plaintiff against said defendants in the above-captioned action, with prejudice and without attorneys' fees or costs to any party.

      The parties further stipulate to and respectfully request that the Court amend the caption—as shown in attached Exhibit A—to remove David Bamford and Jane Doe Smith as named defendants and reflect that Allstate Fire and Casualty Insurance Company is now the only named defendant in this action.

STIPULATED MOTION TO DISMISS DEFENDANTS
BAMFORD AND SMITH AND AMEND CAPTION
(2:19-CV-02099-RSL) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

106643116

1  DATED this 8th day of January, 2020.

2

3  LAW OFFICE OF ANTHONY URIE, PLLC        FOX ROTHSCHILD LLP

4

5  _s/ Anthony M. Urie_
   Anthony M. Urie, WSBA #11711             _s/ Bryan J. Case_
                                            Gavin W. Skok, WSBA #29766
6  *Attorneys for Plaintiff*                Bryan J. Case, WSBA #41781
                                            Melanie A. Notari, WSBA #54628
7
                                            *Attorneys for Defendants*

STIPULATED MOTION TO DISMISS DEFENDANT
BAMFORD AND SMITH AND AMEND CAPTION
(2:19-CV-02099-RSL) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

106643116

## ORDER

This matter came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice Defendants David Bamford and Jane Doe Smith and to Amend Case Caption. The Court has reviewed the foregoing Motion, is fully informed of the same and the Court file herein, and accordingly HEREBY ORDERS that the Motion is GRANTED and FURTHER ORDERS THAT:

1. Defendants David Bamford and Jane Doe Smith, and all claims and causes of action asserted by Plaintiff against said defendants in the above-captioned action, are dismissed with prejudice and without attorneys' fees or costs to any party; and

2. The Clerk of Court is directed to amend the case caption as shown in Exhibit A to the Motion and remove David Bamford and Jane Doe Smith as named defendants.

IT IS SO ORDERED.

DATED this 10th of January, 2020.

*[signature]*
_____
The Honorable Robert S. Lasnik
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781
Melanie A. Notari, WSBA #54628

*Attorneys for Defendants*


LAW OFFICE OF ANTHONY URIE, PLLC

*s/ Anthony M. Urie*
Anthony M. Urie, WSBA #11711

*Attorneys for Plaintiff*

STIPULATED MOTION TO DISMISS DEFENDANT
BAMFORD AND SMITH AND AMEND CAPTION
(2:19-CV-02099-RSL) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

106643116

# EXHIBIT A

STIPULATED MOTION TO DISMISS DEFENDANT
BAMFORD AND SMITH AND AMEND CAPTION
(2:19-CV-02099-RSL) - 4

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

106643116

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD SHAKER ABASSI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. 2:19-cv-02099-RSL<br><br>**CAPTION** |

STIPULATED MOTION TO DISMISS DEFENDANT
BAMFORD AND SMITH AND AMEND CAPTION
(2:19-CV-02099-RSL) - 5

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

106643116